UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60329-CIV-HUCK/O'SULLIVAN

CHICAGO TITLE INSURANCE
COMPANY, a Nebraska corporation,

    Plaintiff,

v.

MICHAEL LERNER,
JOHN MCLINDEN, and
ARTHUR SLAVEN,

    Defendants.
_____/

## MOTION TO WITHDRAW

    Undersigned counsel for Defendants Michael Lerner, John McLinden, and Arthur Slaven ("Defendants") hereby moves this Honorable Court for an Order permitting his withdrawal from representation in this matter and in support thereof, states as follows:

    1.    Irreconcilable differences have arisen between the undersigned and the named Defendants, making it impossible for undersigned to continue representation of their interests in this matter.

    2.    Defendants respectfully request that this matter be abated for a period of thirty (30) days, with the exception of the scheduled mediation in this matter, to give the parties an opportunity to settle this case and to permit Defendants the opportunity to secure new counsel.

    3.    Additionally, it is respectfully requested that Defendants be given an opportunity to file amended affirmative defenses and to complete and serve their discovery responses, so as to avoid any prejudice to the Defendants in this matter.

4.       These matters (pleading and discovery) can be completed without affecting the proposed trial date in this case, thereby causing no prejudice to the Plaintiff.

5.       This Court may enlarge the period in which acts are required to be done for "cause shown." Fed. R. Civ. P. 6(b); S.D. Fla. L.R. 7.1(A)(1). The standard is a liberal one, and "an application for an enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, <u>Federal Practice and Procedure</u>, § 1165, at 552 (3d ed. 2002). Neither bad faith nor prejudice exists here. There is a good reason for the requested abatement for a period of thirty (30) days as Defendants are entitled to secure legal representation in these proceedings and to prepare their pleadings and discovery in defense of the claims made herein by the Plaintiff.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the motion of Steven S. Newburgh to withdraw from representation in this matter and for an abatement of this case for a period of thirty (30) days to permit Defendants to secure new counsel and grant such other and further relief as the Court deems appropriate.

Dated: October 29, 2010

Respectfully submitted,
**STEVEN S. NEWBURGH, P.A.**

By: /s/ Steven S. Newburgh
Steven S. Newburgh, Esq.
Steven S. Newburgh, P.A.
777 S. Flagler Drive
Suite 800 | West Tower
West Palm Beach, FL 33401
Tel: 561.515.6053
Direct: 561.329.1997
Fax: 561.515.6153
ssn@newburghlaw.net
*Attorney for Defendants Michael Lerner, Arthur Slaven and John McLinden*

3

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on October 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s/ Steven S. Newburgh
     Attorney

**SERVICE LIST**

*Chicago Title Insurance Company v. Michael Lerner, et al.*
Case No. 0:10-CV-60329-HUCK/O'SULLIVAN
United States District Court, Southern District of Florida
Ft. Lauderdale Division

Kathryn H. Christian (027594)
kchristian@carltonfields.com
Gwynne A. Young (185582)
gyoung@carltonfields.com
Christopher W. Smart (572829)
csmart@carltonfields.com
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, Florida 33601
Telephone:  (813) 223-7000
Facsimile:   (813) 229-4133
*Attorneys for Chicago Title Insurance Company*
Served via Notice of Electronic Filing by CM/ECF