UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60329-CIV-HUCK/O'SULLIVAN

CHICAGO TITLE INSURANCE
COMPANY, a Nebraska Corporation,
    Plaintiff,

v.

MICHAEL LERNER, JOHN MCLINDEN
and ARTHUR SLAVEN,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court sua sponte. Gwynne Alice Young, counsel for the plaintiff in this matter is a member of the Florida Federal Judicial Nominating Commission that is considering an application for district judge submitted by the undersigned. The undersigned intends to recuse from this matter because Cannon 3C(1) of the Code of Conduct for United States Judges states: "A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned . . . ." However, Cannon 3D permits the remittal of disqualification as follows:

> Remittal of Disqualification. Instead of withdrawing from the proceeding, a judge disqualified by Canon 3C(1) may, except in the circumstances specifically set out in subsections (a) through (e), disclose on the record the basis of disqualification. The judge may participate in the proceeding if, after that disclosure, the parties and their lawyers have an opportunity to confer outside the presence of the judge, all agree in writing or on the record that the judge should not be disqualified, and the judge is then willing to participate. The agreement should be incorporated in the record of the proceeding.

Accordingly, it is

ORDERED AND ADJUDGED that prior to the discovery hearing set for

November 16, 2010 at 11:00 AM before the undersigned, the parties and counsel shall confer. Should all the parties agree that the undersigned should not be disqualified, the hearing will proceed as scheduled. Should either party not agree[1] that the undersigned should not be disqualified, the undersigned will recuse and the matter will be assigned to a different magistrate judge. The parties and counsel for the parties may appear at the November 16, 2010 hearing in person or by telephone. **Former counsel for the defendants, Steven Newburgh, shall provide a copy of this Order to the defendants.[2]**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **15th** day of November, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record

Copies faxed to:
Steven Newburgh, Esq.
(561) 515-6153

---

[1] The party agreeing or not agreeing shall not be disclosed to the Court.

[2] The Court will fax a copy of this Order to Mr. Newburgh.